# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** | 22-55254

**Case Name** | Persian Broadcast Service Global Inc. v. Martin J. Walsh, et al.,

**Hearing Location** (*city*) | Pasadena, CA

**Your Name** | Matthew J. Smock

List the sitting dates for the three sitting months you were asked to review:

> April 10-14, 17-21
> May 8-12
> June 5-9, 12-16

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

> May 8-12 - Trial

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes  ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Matthew J. Smock **Date** | Dec 12, 2022

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*